October 31, 1980.
429 A.2d 101

Commonwealth v. Bedner, a/k/a Bender, Appellant.

624 ■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■ Submitted April 16, 1980. Charles C. Gentile, for appellant; Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, HOFFMAN, and VAN der VOORT, JJ.

Judgment of sentence affirmed.